| | |
|---|---|
| 1 | Robert B. Hawk (Bar No. 118054) |
|  | HOGAN LOVELLS US LLP |
| 2 | 525 University Avenue, 4th Floor |
|  | Palo Alto, California 94301 |
| 3 | Telephone: + 1 (650) 463-4000 |
|  | Facsimile: + 1 (650) 463-4199 |
| 4 | robert.hawk@hoganlovells.com |
| 5 | Douglas M. Schwab (Bar No. 43083) |
|  | Benjamin T. Diggs (Bar No. 245904) |
| 6 | HOGAN LOVELLS US LLP |
|  | 4 Embarcadero Ctr., 22nd Floor |
| 7 | San Francisco, California 94111 |
|  | Telephone: + 1 (415) 374-2301 |
| 8 | Facsimile: + 1 (415) 374-2499 |
|  | douglas.schwab@hoganlovells.com |
| 9 | benjamin.diggs@hoganlovells.com |
| 10 | Attorneys for Defendant |
|  | CONAGRA FOODS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIL MARIE VIRR, on behalf of herself and a class of all others similarly situated, | CASE NO.: 11-cv-04607-MEJ |
| Plaintiff, | [~~PROPOSED~~] ORDER TRANSFERRING ACTION TO CENTRAL DISTRICT OF CALIFORNIA |
| v. | |
| CONAGRA FOODS, INC., | |
| Defendant. | The Honorable Maria-Elena James |

[PROPOSED] ORDER TRANSFERRING ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA; CASE NO.: 11-CV-04607-MEJ

1  On October 6, 2011, the parties submitted a Joint Motion to Transfer the above-referenced
2  Action to the Central District of California pursuant to 28 U.S.C. § 1404. The Court grants the
3  parties' joint motion and transfers this action to the Central District of California. All further
4  proceedings will take place in that Court.

7  Dated: October 6, 2011

   THE HONORABLE MARIA-ELENA JAMES
   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TRANSFERRING ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA;
CASE NO.: 11-CV-04607-MEJ